In the Matter of the Application of JULIA H. BRONSON, as Executrix of FREDERICK S. BRONSON, Appellant, for the Appraisal of Stock in the GENEVA TELEPHONE COMPANY, Respondent.

*Matter of Bronson,* 177 App. Div. 374, affirmed.
(Argued October 5, 1917; deicded October 23, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1917, which reversed an order of Special Term granting an application for the appointment of appraisers under the provisions of section 17 of the Stock Corporation Law. The petitioner owned twenty-six shares of the capital stock of the Geneva Telephone Company. The sale of the physical property of the said company to the Federal Telephone and Telegraph Company was authorized at a stockholders' meeting of said Geneva Telephone Company held on January 31, 1916, by a vote representing more than three-fifths of the stock. At said meeting a notice on behalf of the petitioner was served demanding payment for the stock owned by petitioner in accordance with the provisions of section 17 of the Stock Corporation Law. Both the Geneva Telephone Company and the Federal Telephone and Telegraph Company were incorporated under the Transportation Corporations Law and subsequent to its enactment in 1890. The transfer of the property from the Geneva Telephone Company to the Federal Telephone and Telegraph Company was made under the authority of section 104 of the Transportation Corporations Law. Respondent contended that section 17 of the Stock Corporation Law had no application whatever to the situation.

*Arthur J. Hammond* for appellant.

*Edward H. Letchworth* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, MCLAUGHLIN and CRANE, JJ.